IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00694-WYD-MJW

DAVID R. DUNN,

>  Plaintiff,

v.

PFIZER, INC.;
PHARMACIA CORPORATION;
MONSANTO COMPANY; and
G.D. SEARLE & COMPANY,

>  Defendants.

---

### ORDER

---

THIS MATTER is before the Court on Defendants' Unopposed Motion for Stay of All Proceedings Pending Transfer to Multidistrict Litigation Proceedings, filed April 26, 2007 (docket #8).  Defendants request a stay of all proceedings in this case pending transfer to the United States District Court for the Northern District of California for consolidated and coordinated pretrial proceedings in *In re Celebrex and Bextra Marketing, Sales Practices and Products liability Litigation*, MDL-1699.

The Judicial Panel on Multidistrict Litigation (the "Panel") established the referenced MDL proceeding on September 6, 1005.  The parties expect this case to become a "tag-along" action transferable to MDL-1699 pursuant to Rules 7.4 and 7.5 of the Rules of the Panel.  On April 25, 2007, the Panel filed a Conditional Transfer Order.

Pursuant to 28 U.S.C. § 1407(a), "[w]hen civil actions involving one or more common questions of fact are pending in different districts, such actions may be transferred to any district for coordinated or consolidated pretrial proceedings."

Upon consideration of the motion and file in this matter, I find that the motion to stay should be **GRANTED**. Therefore, it is hereby

ORDERED that all proceedings in this case are **STAYED** pending transfer to MDL-1699.

Dated: May 3, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge